# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET No. 3:19CR360-FDW-DSC |
| | ) | |
| | ) | |
| vs. | ) | ORDER FOR TO APPOINT |
| | ) | SCIENTIFIC EXAMINER |
| COLEMAN BOYD COCKRELL | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER is before the Court on Motion by the Defendant, Coleman Boyd Cockrell, and respectfully requests appointment of a scientific Examiner to examine the suspected controlled substances because defendant has the constitutional right to understand the nature and weight of said substance, regardless of whether he stands trial or enters a plea of guilty. For the purity of methamphetamine and the weight of methamphetamine is directly related to the severity of punishment. Therefore Mr. Cockrell needs to understand the nature and consequences of the proceedings against him in order to assist properly the undersigned in his defense. Hence, defendant has a right to make a knowing and voluntary decision.

**IT IS THEREFORE ORDERED:**

That the Defendant's motion respectfully requesting his Honorable Court to Appoint a Scientific Examiner be granted.

Signature Line

Title of Signing Officer
United States District Court